UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HOMER F. WATSON,

                        Petitioner,                                           20-cv-3314 (PKC)

    -against-                                                                    ORDER

THOMAS DECKER, in his official capacity as
New York Field Office Director for U.S.
Immigration and Customs Enforcement;
MATTHEW ALBENCE, in his official capacity
as the Acting Director for U.S. Immigration and
Customs Enforcement; CHAD WOLF, in his
official capacity as the Director for U.S.
Immigration and Customs Enforcement; and
CARL E. DUBOIS, in his official capacity as the
Sheriff of Orange County,

                        Respondents.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Respondents shall file their response to petitioner's motion by Thursday, May 7, 2020. The Court will hold a telephonic hearing on Monday, May 11, 2020 at 2:00pm. The call-in information for the hearing is below:

        Dial-In:  (888) 363-4749

        Access Code:  3667981

        The parties are respectfully directed to the submissions in Graham v. Decker, 20-cv-2423 (PKC) that address conditions in the Orange County Correctional Facility.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 29, 2020